IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHARLES CLIFFORD HAMLIN,<br><br>Defendant. | Case No. CR-24-16-H-BMM<br><br>**ORDER CONTINUING TRIAL** |

IT IS HEREBY ORDERED that the final pretrial conference and jury trial set for December 10, 2024 are **VACATED**. The following schedule shall apply: The final pretrial conference is rescheduled for **January 6, 2025** at 8:30 a.m. The jury trial is rescheduled for **January 6, 2025** at 9:00 a.m. in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana. The motions deadline is **December 5, 2024**. The plea agreement deadline is **December 22, 2024**. Expert reports are due on or before **December 23, 2024**. The JERS disc, Jury Instructions and Trial Briefs are due by **December 29, 2024.**

DATED this 6th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court